**Order entered May 26, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00471-CR**
**No. 05-21-00472-CR**

**JEWELL LEE THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-31413-T and F18-10610-T**

**ORDER**

We **ORDER** the trial court (1) to determine the proper amount of back time due by statute to appellant Jewell Lee Thomas in each of these cases, and (2) to sign a nunc pro tunc judgment in each case that includes appellant's back-time credit.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file—within three weeks of the date of this order—a supplemental clerk's record including the trial court's nunc pro tunc judgments.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Lela Lawrence Mays, Judge of Dallas County's 283rd District Court, to Felicia Pitre, and to the parties.

We **ABATE** this appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated three weeks after the date of this order or when the supplemental clerk's record is filed, whichever occurs sooner.

/s/ ERIN A. NOWELL
PRESIDING JUSTICE